UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

KATHRYN KENNEDY,
        Plaintiff,

v.

**JUDGMENT**

No. 4:13-CV-203-F

FEDERAL NATIONAL MORTGAGE
ASSOCIATION and BROCK AND
SCOTT, PLLC,
        Defendants.

**Decision by Court.**

This action came before the Honorable James C. Fox, Senior United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that the removal was improper, and the case is REMANDED to Pitt County Superior Court, Greenville, NC. Pursuant to 28 U.S.C. § 1447(c), the Clerk of Court is DIRECTED to mail a certified copy of this order of remand to the Clerk of Pitt County Superior Court. The pending motions to dismiss [DE-9, -13] are DENIED as moot, but without prejudice to raise them again in state court. The Clerk of Court is DIRECTED to close this case.

**This Judgment Filed and Entered on August 11, 2014, and Copies To:**

Jeremy Clayton King (CM/ECF Notice of Electronic Filing)
Steven F. Johnson, II (CM/ECF Notice of Electronic Filing)
Mark Stephen Asbill (CM/ECF Notice of Electronic Filing)
Gregory David Spink (CM/ECF Notice of Electronic Filing)

DATE                                                       JULIE A. RICHARDS, CLERK

August 11, 2014                                   /s/ Jacqueline B. Grady

                                                                    (By) Jacqueline B. Grady, Deputy Clerk